*Thomas P. Ford, Henry B. Guthrie* and *Robert L. Clare, Jr.,* for appellants.

*Mortimer M. Kassell* and *Miriam Wernick* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SPRINGFIELD DEVELOPMENT COMPANY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HILL DEVELOPMENT COMPANY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SPRINGFIELD DEVELOPMENT COMPANY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HILL DEVELOPMENT COMPANY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES ROSEN, Correct Name CHILL ROSENBLATT, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARCUS RETTER, Appellant.

Argued November 28, 1955; decided February 16, 1956.

*Menahem Stim* and *Allen S. Stim* for appellants.

*T. Vincent Quinn, District Attorney (George J. Regan* of counsel), for respondent.

In each case: Judgment affirmed; no opinion.

Concur: Conway, Ch. J., Desmond, Fuld, Froessel, Van Voorhis and Burke, JJ. Taking no part: Dye, J.

AMERICAN LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellant, *v.* IRENE E. COCHRANE, Also Known as IRENE E. COCHRANE SANDERSON, Respondent.

Argued January 6, 1956; decided February 16, 1956.